UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIBAL GONZALEZ,

                Plaintiff,

– against –

UNITED STATES OF AMERICA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 1, 2020

**ORDER**

16 Civ. 3481 (ER)
13 Cr. 823 (ER)

Ramos, D.J.:

The above-captioned action was filed on May 10, 2016. Doc. 1. On August 30, 2016, the Court granted Gonzalez's request to stay the action pending final resolution of *United States v. Hill*, 890 F.3d 51, 52 (2d Cir. 2018), *cert. denied*, 139 S. Ct. 844, 202 L. Ed. 2d 612 (2019) and *United States v. Barrett*, 903 F.3d 166 (2d Cir. 2018). Doc. 7. The Supreme Court vacated and remanded the judgment in *Barrett* and the Second Circuit resolved the case on August 30, 2019. *See United States v. Barrett*, 937 F.3d 126, 130 (2d Cir. 2019).

In its August 30, 2016 Order, the Court directed the parties to provide a status update within 30 days of the final decision in the later-resolved case. Doc. 7. The parties have not done so. Accordingly, the parties are directed to provide the Court with a joint status report **no later than April 15, 2020.** Failure to comply with this Court Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: April 1, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.