

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The briefing schedule is approved.
> The Clerk of the Court is respectfully directed to terminate the motion, doc. 121.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __4/29/2020____
> New York, New York

Re:   *United States v. Anibal Gonzalez, a/k/a "Rafael Martinez,"* 13 Cr. 823 (ER)

Dear Judge Ramos:

The Government writes, on behalf of the parties, pursuant to the Court's April 1, 2020 Order (Dkt. 122), to provide the Court with a joint status report regarding defendant Anibal Gonzalez's currently stayed motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (the "2255 Motion").

Counsel for the defendant, Peggy Cross-Goldenberg, has discussed the 2255 Motion with her client, who wishes to proceed with the petition. The parties propose the following briefing schedule:

- June 1, 2020: Defendant's amended motion pursuant to 28 U.S.C. 2255, in light of (i) his request for counsel in connection with the motion, for the purpose of "present[ing] a more viable claim . . . and due to the complexity of issues" (Dkt. 105 at 18), and (ii) developments in the case law since the filing of the original motion.
- June 22, 2020: Government's response to the defendant's motion.
- July 6, 2020: Defendant's reply.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:   /s/ Negar Tekeei_____
Negar Tekeei
Assistant United States Attorney
(212) 637-2482

cc:   Peggy Cross-Goldenberg
   *Counsel for Anibal Gonzalez*