# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 30, 2020

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     United States v. Anibal Gonzalez, 13-CR-823 (ER), 16-CV-3481 (ER)

Dear Judge Ramos:

    I write on behalf of Anibal Gonzalez in reference to his petition pursuant to 28 U.S.C. 2255, and with the consent of the government. The government has filed its opposition to Mr. Gonzalez's *Johnson/Davis* motion and my reply is due on July 6. Mr. Gonzalez is in custody in Puerto Rico and I will need additional time to discuss the government's papers and our reply with him. In consequence, I respectfully request a two-week adjournment of the deadline to file a reply. The government consents to this request.

    I thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
212-417-8732

cc:     AUSA Negar Tekeei

---

Mr. Gonzalez' reply is now due July 20, 2020.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  7/1/2020
New York, New York